PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JAZIAH GONZALES,<br><br>  Defendant. | Case No. 1:22-po-00005-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Alex Dempsey, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss Violation Number 9337247 (36 CFR 4.23(a)(1)) and Violation Number 9337553 (CVC 21200.5) in the interest of justice without prejudice. The United States of America intends to proceed on the other violations at this time.

DATED: January 12, 2021                      Respectfully submitted,

                                             PHILLIP A. TALBERT
                                             United States Attorney

                               By:    /s/ *Alexandre Dempsey*
                                      ALEXANDRE DEMPSEY
                                      Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that both Violation Number 9337247 and Violation Number 9337553 are dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated: __**January 12, 2022**__

UNITED STATES MAGISTRATE JUDGE